**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 14 cv 7541 was opened in error, therefore,

IT IS HEREBY ORDERED that the assignment of 14 cv 7541 shall be vacated and that case number 14 cv 7541 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 14th day of October, 2014.